UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEYEMBO MIKANDA,<br><br>Plaintiff,<br><br>v.<br><br>JAPAN-UNITED STATES FRIENDSHIP COMMISSION,<br><br>Defendant. | CASE NO. 3:24-cv-05476-JHC<br><br>ORDER |

This matter comes before the Court sua sponte.

Parties filing actions in the United States District Court must pay filing fees. 28 U.S.C. § 1914(a). *See* LCR 3(b) (explaining that a "party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings [IFP]"). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Failure to pay the filing fee results in dismissal without prejudice of the action. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court properly dismissed without prejudice complaint for failure to pay filing fee).

ORDER - 1

On June 14, 2024, Plaintiff filed their proposed complaint. Dkt. # 1. The same day, the Clerk of the Court sent Plaintiff a notice stating that Plaintiff had not met the filing fee requirement. Dkt. # 3. The Clerk explained that Plaintiff must either pay the $405.00 filing fee or submit an application to proceed IFP by July 15, 2024. *Id.* The Clerk warned that "[f]ailure to do so may affect the status of your case, including dismissal of the action by the Court." *Id.* To date, Plaintiff has not complied with this directive. *See generally* Dkt.

Accordingly, this action is DISMISSED without prejudice for failure to either pay the applicable filing fee of $405.00 or submit an IFP application.

Dated this 18th day of July, 2024.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2